Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
### for the
_1st_ District of _Rhode Island_

_____ Division

| | |
|---|---|
| Destin Asponio-Riccardo Mello | )<br>)<br>) |
| **Plaintiff(s)**<br>(Write the full name of each plaintiff who is filing this complaint.<br>If the names of all the plaintiffs cannot fit in the space above,<br>please write "see attached" in the space and attach an additional<br>page with the full list of names.) | )<br>)<br>)<br>)<br>) |
| -v- | )<br>)<br>) |
| Warden, Spilistrat,<br>R.I. de D.D.Co, Et all ... | )<br>)<br>)<br>) |
| **Defendant(s)**<br>(Write the full name of each defendant who is being sued. If the<br>names of all the defendants cannot fit in the space above, please<br>write "see attached" in the space and attach an additional page<br>with the full list of names. Do not include addresses here.) | )<br>)<br>)<br>) |

Case No. _____

_(to be filled in by the Clerk's Office)_

RECEIVED

NOV 28 2023

U.S. DISTRICT COURT
DISTRICT OF R.I.

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                          Diogis Antonio-Riccardo Mello

All other names by which      "Kid Mello"
you have been known:

ID Number                     1355602

Current Institution           600 New London Ave

Address                       P.O. Box 8249

                              Cranston         RI          02920
                              City            State        Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                          Wayne.T. Spilsbury
Job or Title *(if known)*     Director of D.O.C In.R.I.
Shield Number
Employer                      Rhode Island D.O.C
Address                       40 Howard Ave
                              Cranston         RI          02920
                              City            State        Zip Code

☒ Individual capacity        ☒ Official capacity

Defendant No. 2

Name                          D. Mansello
Job or Title *(if known)*     Chief Inspector - I.A (Internal Affair)
Shield Number
Employer                      Rhode Island D.O.C
Address                       40 Howard Ave
                              Cranston         RI          02920
                              City            State        Zip Code

☒ Individual capacity        ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name _SETH CROSBY_
    Job or Title *(if known)* _SPECIAL INVESTOR - INTERNAL Affairs_
    Shield Number ___
    Employer _RHODE ISLAND D.O.C_
    Address _40 HOWARD AVE_
    _CRANSTON_ _RI_ _02920_
        *City*     *State*     *Zip Code*
    ☑ Individual capacity    ☑ Official capacity

Defendant No. 4
    Name _MICHEAl GARDNER_
    Job or Title *(if known)* _SPECIAl INVESTOR UNIT_
    Shield Number ___
    Employer _RHODE ISLAND D.O.C_
    Address _40 HOWARD AVE_
    _CRANSTON_ _RI_ _02920_
        *City*     *State*     *Zip Code*
    ☑ Individual capacity    ☑ Official capacity

**II.** **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_MY 1st, 8th & 14th Amendment Constitutional Rights_

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

defendant # 5
Name
Job or Title
Employer
address

J. Viciano
SPECIAL INVESTAGATOR UNIT

R.I. d.O.C
40 Howard Ave
Cranston                    RI        02920
City                       State    Zip Code
☒ individual    ☒ official Capacity
Capacity

defendant # 6

Name
Job Title

Employer
Address

JOHN DOE
MBU OFFICER - MEDIUM SECURITY

R.I. d.O.C
40 Howard Ave
CRANSTON    RI    02920
City        State    zip code
☒ individual    ☒ official Capacity
Capacity

defendant # 7
Job or Title

Employer
Address

JOHN DOE
Block OFFICER - MEDIUM SECURITY
(D-LEFT Block)

40 Howard Ave
CRANSTON    RI    02920
City        State    Zip Code
☒ individual    ☒ official Capacity
Capacity

defendant #8
Name

Job or Title

Employer
Address

JOHN DOE
EDUCATION OFFICER - MEDIUM SECURITY

R.I. d.O.C.
40 Howard Ave
Cranston    RI    02920
City        State    zip Code
☒ individual    ☒ official
Capacity        Capacity

P 3 of 11

defendant # 9
Name
Job or Title

John Doe
"SEG" Discipline Housing Unit officer
Medium Security

Employer
Address

R.I.d.O.C.
40 Howard Ave

Cranston                    RI              02920
City                         State          Zip Code

☒ individual                 ☒ OFFicial
       Capacity                      Capacity

defendant # 10
Name
Job or Title

Employer
Address

B.I.d.O.C.
40 Howard Ave
Cranston                    RI              02920
City                         State          Zip Code

☒ individual                 ☒ OFFicial
       Capacity                      Capacity

defendant #
Name
Job or Title

Employer
Address

40 Howard Ave
Cranston                    RI              02920
City                         State          Zip Code

☒ individual                 ☒ OFFicial
       Capacity                      Capacity

defendant #
Name
Job or Title

Employer
Address

B.I.d.OC
40 Howard Ave
Cranston                    RI              02920
City                         State          Zip Code

7-18-23
#1.A

On this Date I was in the Medium Security (Pride), when I was taken to the Discipline Confinement Unit ("D.C.U") or ("Seg") for obtaining a Battery that I was going to use to smoke "K2". Once in the D.C.U. I spoke to Special Investigator, ("S.I.U") Ms. S. Viciano around 10am D 1:30pm. while I was speaking to (S.I.U) Viciano from Special Invest- igation Unit. She Advised me (Offered) that the 600 time this I was getting ready to lose for being caught w/ the Battery. She would talk to her Boss About getting them Back if I was willing to Provide whatever Information I knew About the Drugs coming in to the Building. During that meeting I Provided her with as much knowledge to who & where it was coming from, Before being placed In my cell.

7-20-23 D 7-26th.
#1.B

While serving a 10 Day Discipline I recieved from the Discipline Board. I wrote a letter to (S.I.U) S. Viciano In Regards to to everything we Discussed During the Previous Meeting (see Sect. #1.A). In that letter I stated how I was going to get out of the D.C.N. & continue to find more Information On who

WAS BRINGING THE DRUGS (K-2) INTO THE
BUILDING & THE PEOPLE I WAS GOING TO
GO AFTER THAT I BELIEVED HAD IT & WAS
DOING IT. AS LONG AS SHE KEPT HER WORD
WITH GETTING BACK MY GOOD TIME.
BETWEEN THESE DAYS I GAVE THIS LETTER TO
VICIANO TO THE C/O WORKING THE BLOCK. I
WAS RELEASED FROM S.C.O ON THE 27TH OF
JULY. 7-27-23. & PLACED IN (D) (EFT.)

8-4-23
#1.C
THE LETTER I WROTE TO (S.I.S) VICIANO
CONTAINING INFORMATION ON HOW I WOULD HELP
FIND OUT MORE INFO. & WHO WAS BRINGING
IN THE "K-2" DRUGS (SEE SECT. #1B) WAS
RETURNED TO D-LEFT. AFTER I WAS MOVED
EARLIER THAT MORNING TO ANOTHER BLOCK BY
ANOTHER C/O. (B-RIGHT) SO THE BLOCK OFFICER
IN THE BLOCK KNEW I WAS NO longer
THERE. SO WHEN HE RECIEVED THE LETTER, HE
STILL DECIDED TO LEAVE THE LETTER ON THE
TABLE FOR EVERY BODY TO SEE. BECAUSE OF
THIS C/O'S EVIL INTENTIONS, ANOTHER INMATE
TOOK THE LETTER OFF THE C/O'S TABLE, READ IT
& THEN SPREADED IT AROUND TO THE OTHER
INMATES. TOTAL EREGIOUS, MALICOUS WAS
DONE, WITH TOTAL DISREGARD TO MY SAFTEY.
THIS WAS DONE WITH COMPLETE EVIL INTENTIONS

(cont. #1.c) But this egregious & totally inappropriate, & intentionally malicious act of indecency, this correctional officer, along w/ other officers, purposely exposed me as a jail house informant. To the other inmates. He knowingly jeopardized my life & safety so much so, that I had to be transfered to protective custody by the administration. After finding out other inmates recieved the letter I returned back to my block that night & called (S.I.S) Mike Prisney to to inform he of the situation. This phone call happened around 8:00pm to 8:45pm in B-Right.

8.5.23    The following morning I was so scared
#2.A    for my life I stayed in my cell. I was then moved to the S.C.U again by a C/O for my safety & that move was done by (S.I.S). While in (56")-of (S.C.U) the inmate who took the letter, went to the education building. Where another C/O who's in charge allowed him to make photo copies of the letter so he would spread around the building. I'm not sure how many copies was made, But anyone who use's the machine has to put in a

Pg #4

#in #. I stood in the S.C.S. for 3 days without any of my property. On 8-6-23 I was transferred from the S.C.S. at medium security to the phys wards at the intake center

8-9-23
#2.B While still in the phys ward in the hospital area of the intake. Both (S.I.U) S. Viciano & nurse barnes came to speak with me in person. Between 9am-12:30pm, when they came to speak with me, they explained how they knew a mistake was made & then showed me the copied form of the letter I wrote to her that was found from another inmate during a cell search. They then explained to me how I now would need to be placed in protective custody because of the seriousness of the situation, & for my safety. I was then placed in mi-mod in the intake center.

#2.C# I've grieved all matters of the following dates.

#8-5-23 - To medium security deputy warden based on the fact my civil rights were violated &

(cont. #2.c) MY LIFE WAS PLACED IN A VERY UNSAFE SITUATION DUE TO THE NEGLIGENCE OF CIO'S NOT DOING THIER JOB PROPERLY.

•6-20-23. WROTE MY 2ND GRIEVANCE TO MEDIUM DEPUTY WARDEN. (SEE PREVI. SECT.) AFTER NOT RECIEVING NO RESPONSE FROM THE FIRST ONE & ASO TO HAVE VIDEO SAVED FROM THE DAY & TIME OF THE INCIDENT.

8-30-23 A I PLACED A GRIEVANCE TO THE INTAKE CENTER, BASED ON VIOLATING MY RIGHTS, CRUEL & UNUSUAL PUNISHMENT. I WAS & STILL AM BEING LOCK DOWN IN MY CELL EVERY OTHER SHIFT, NOT ALLOWING ME TO PROPERLY PROCEED TO THE LAW LIBRARY & FILE MY LEGAL WORK. THE CONSTANT LOCK DOWN OF BEING IN MY CELL FOR 20+ HOURS A DAY IS TRIGGERING MY MENTAL HEALTH. (ANXIETY, DEPRESSION, & C.T.E), I'm REQUIRED TO BE OUT MY CELL BY LAW 5.5 HRS A DAY FOR REC.

9-6 GRIEVED. INTAKE CENTER AGAIN BASED ON BEING DEPRIVED ACCESS TO THE LAW LIBRARY, NOT LETTING THE COPIES OF THE PAPER IS OFF I'VE ASKED FOR, THE HISTORY OF THE COPY MACHINE USED TO MAKE THE COPIES OF THE

PAGE #6

LETTER TO (S.I.U) & KEEP BEING IGNORED.
* NOTE ALL THESE (GRIEVANCE LOP's UNPROCESSED) & DENIED

5-25-23   WHILE IN THE M-MOD'S OF THE INTAKE CENTER
#3.A.   LT ISOM - CAME & SPOKE WITH ME AFTER I
HAD WROTE A LETTER TO THE DIRECTOR WAYNE.
SALISBURY, & TOLD ME I WAS BREAKING
THE CHAIN OF COMMAND. I HAD WROTE THE
DIRECTOR REGARDING THE ISSUE THAT HAPPEN TO
ME IN MEDIUM AFTER WRITING & TALKING TO
THE CAPT. & DEPUTY WARDEN OF MEDIUM SECURITY
SO HAVE A LT. FROM A WHOLE DIFFRENT BUILDING
SAY THAT WAS NOT ACCURATE. I LATER WROTE
A LETTER TO (S.I.U) GARNIER TO AGAIN ASK FOR
THE NAMES OF THE CIO's INVOLVED FROM MEDIUM.

5-26-23   I SPOKE TO S.I.U / I.A. INTERNAL AFFAIRS SETH
#3.B   COOLEY ON THE PHONE REGARDING THE MATTER FROM
MEDIUM & HOW HE WOULD GET ME BACK THE
GOOD TIME I WAS TOLD I.D GET BY
(S.I.U) VICIANO (SEE SECT 1.B) 8:50AM. I SPOKE
TO HIM AGAIN ON 5-29-23 AT 4:50PM ASKING IF
I WAS GOING TO RECIEVE THAT TIME BACK.

5-30-23   I WROTE MY 2ND LETTER TO THE DIRECTOR
#3.C   WAYNE SALISBURY REGARDING MY CIVIL RIGHTS
BEING VIOLATED. IN THE SITUATION IN MEDIUM

PAGE #7

& Now The Intake.

9-15-23    I spoke to S.I.D / I.A - Seth Cost Again
#4.A    Regarding My Time Back & If I was
Ever Going to Recieve It. * Note I spoke to
Seth & (S.I.N) Lueson In their office This
Same Month Regarding The Matter. *

10-3-23    I wrote to Chief Inspector Mansello Regarding
#4.B    The Matter In Medium Security. This was My
Second Time speaking To Him. First Time
I cant Specificly Recall But was End Of
August - Beginning of September I Believe.

10-3-23    After No Response Back From Previous Letter to
Chief Inspector J. Mansello. I wrote Him
Again, Requesting The Important Information
I Needed & How My Civil Rights Are
Being Violated.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Please see
Pages # 1-7

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☒   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.



Please see pages 1 through 7

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

Again, Please see pages 1 through 7

D.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

This is all stated in pages 1 through 7

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I was placed in Segregation, then placed in the Protective Custody Unit where we haven't been outside in 2½ months. My life is now under threat of death by prison and street gangs because of D.O.C. Employee's

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

This is stated on pages 6 #1 through 6 #10

Director of A.C.I (Wayne T. Salisbury). He neglected to properly provided a safe environment, he allowed my 8th Amendment rights to be continued/1st violated by his officers/employees including the MDI officer (medium security) block officer (same facility) education officer (same facility), Special Investigators, J. Viciano, Seth Cosby, Internal Affairs, J. Mansello. That has now caused me emotional, physical, & psychological damages.

I'd first like for an apology for allow such (true) & reckless behavior/actions by his employees to happen against me putting me & my family in such danger. I'd like for him to enforce stricter policies for the MDI policy. I'd like for him to stop allowing his employees to lock us in our cells for a whole shift almost every other shift & every sunday just to watch football games, Also to allow us outside recreation every day in The Intake Service Center like we are suppose to. *NOTE Havent Been outside since Oct 1st 2023* Because of these actions I'd ask for him to also have all interviews with inmates & investigators to be recorded for safety reasons. Because of the seriousness of these actions that him & his staff have

Committed Against me I Believe I Should Be Compensated $2,000.00 Dollars In Nominal Damages, $50,000.00 Dollars In Punitive Damages & $150,000.00 Dollars In Compensatory Damages. I'm Asking For Such An Amount Because of The Seriousness of This Situation & The Amount of Fear & Trauma Its Created For me & my Family. Ima Need To Relocate To Another State To Live Safely. I Am Seeking An Injunction & Money Damages, So I'm Seeking To Sue In Individual & Official Capacity.

Internal Affairs - (Seth Cosby) I'm Seeking An Apology From This
S.I.U.S Defendant For Thier Lack of Honesty & False Promises & To The Amount of Thier Unified & Thier Deliberate Amount of Effort That Exerted In Keeping me From Knowing Important Information Regarding my Safety, & Correctional Officers Names, Who Were Directly Involed & First Hand Knowledge As To The "Time-Line" of Events. I'm Not Seeking Monetary Relief In This Complaint, As Is my Constitutional Rights. The Relief I'm Seeking Is To At A Further Time & Date, To Have The Ability To Question This Defendant Either Through Interogatories, Discovery or Through Examination During A Court Hearing, If & When Said

COURT HEARING EVER COMES TO PASS. I DO NOT
BELIEVE THE ACTION(S) OF THIS DEFENDANT TO BE
OF SUBSTANCE & MANNER AS I HOLD OTHER DEFEND-
ANTS IN THIS COMPLAINT. I DO NOT WISH TO
CAUSE THEM OR THIS TOUGH COURT UNDUE
HARD SHIP. (SEE SECT. #3.B)
                    (# 4.A)

9.1.1.
INVESTAGATOR-(J. VICIANO) VIOLATED INVESTGATION & D.O.C POLICIES. SHE MISUSED HER POSITION & POWER IN S.I.U. TO LURE ME INTO A WEB OF FALSE PROMISES & ACTIONS SHE KNOWINGLY KNEW SHE COULDN'T COMMIT TO. A SORT OF "TIT-FOR-TAT" STRATEGY TO GET INFOMATION FROM ME ON THOSE CONVEYING "K.2" & OTHER DRUGS INTO THE PRISON (AT GREAT PERIL TO MY LIFE & MY SAFTEY AND TO THE SAFTEY OF MY FAMILY WHO ENTER THE D.O.C TO VISIT ME.) SHE SHOWED NO REGARD TO COMMITTING TO ANY PROMISE SHE MADE (SEE SECT. #1.A) TO GETTING BACK MY "GOOD TIME". THEY ALL AND IN PERFECT COLLUSION PASSED MYSELF FROM ONE THEN TO THE OTHER, TO DELIBERATELY SLOW & DERAIL MY QUESTIONS, MY RIGHTS & MY ULTIMATE SAFTEY. BECAUSE OF THE SERIOUSNESS OF HER ACTIONS & WHAT ITS CAUSED ME & MY FAMILY. I BELIEVED I SHOULD BE COMPENSATED $2,000.00 DOLLARS IN NOMINAL DAMAGES, $50.000.00 IN PUNITIVE DAMAGES, & $150.000.00 IN COMPENSATORY DAMAGES. I'M ASKING FOR SUCH AN AMOUNT BECAUSE OF HER ACTIONS & WHAT HAS LEAD TO. ME & MY FAMILY'S SAFTEY HAS BEEN PUT IN SUCH DANGER WE NEED TO RELOCATE TO ANOTHER STATE TO LIVE SAFE. I'M SEEKING AN INJUNCTION & MONEY DAMAGES, SO I'M SUEING IN INDIVIDUAL & OFFICIAL CAPACITY. I'M SEEKING THE ABILITY TO HAVE HER

Answer Interogatories & Also to have Her Provide Discovery In Regards to the Investigation

MED. ONE SECURITY "SEC" OFFICER - (John Doe) I'm Not Seeking Monetary Relief In the complaint, As is my Constitutional Right. The Relief that I am seeking is to at a further Time & Date, to have the ability to Question this Defendant Either through Interogatories Discovery, or through Examination During a Court hearing, If & when said Court hearing comes to pass. I Do Not Believe at this Time the Action(s) of this Defendant to be of Substance & manner As I hold Other Defendants In this Complaint. I Do Not wish to Cause the Court Undue Hardship. (See Sect #1.B)

D.I.U. AR INVESTALGTOR (Mike Gardner) I'm Seeking An Apology From this Defendant for their lack of honesty & to the amount of their unified & their Deliberate amount of Effort that Exerted In Keeping me From Knowing Important Information Regarding my Safety, & Correctional Officers Names, who were Directly involed & First hand knowledge As to the "Time line" of Events. I'm Not Seeking Monetary Relief In this complaint, As is my Constitutional Rights. The Relief I'm Seeking

Is to at a further Time & Date, to have the ability to question this Defendant either through interogatories, discovery or through examination during a Court hearing, If & when said Court hearing ever comes to pass. I do not believe the action(s) of this Defendant to be of substance & manner as I hold other Defendants in this Complaint. I do not wish to hold/cause them or this Busy Court undue hardship. (see sect. #3.A #2.A - #2.B)

INTERNAL
AFFAIRS

(J. MARSELLO) WHOSE SOLE PURPOSE AT THE D.O.C IS TO INVESTIGATE & PROSECUTE DIRTY, & CORRUPT CORRECTIONAL OFFICERS, FAILED TO PROPERLY DUE SO, BY FAILING TO PROPERLY INTERVIEW ME, OR ASK CRUCIAL QUESTIONS & REQUIRE INFORMATION FROM ME TO CONDUCT A PROPER & FULL INVESTIGATION; HE FIRST & FOREMOST IS THE OFFICIAL THAT FAILED ME THE MOST, BY ACTIONS OR APTS, LACK OF ACTIONS OR CONCERNS ARE ALARMING. I WISH I COULD SAY IN THE COURSE OF HIS INVESTIGATION HE WAS BORDERLINE, INEFFECTUAL. I CANT IN GOOD CONSCIOUS STATE THAT. IT IS MY HUMBLE OPINION THAT HE JUST WANTED THE ENTIRE INVESTIGATION TO JUST GO AWAY. I BELIEVE I SHOULD BE COMPENSATED $2.000° DOLLARS IN NOMINAL DAMAGES, $50,000 IN PUNITIVE DAMAGES, & $100,000.° DOLLARS IN COMPENSATORY DAMAGES. FOR ACTIONS TO ALLOW & CONSPIRE TO SUCH CRUEL & RECKLESS BEHAVIOR. I'M SEEKING INJUNCTION & MONEY DAMAGES. SO I'M SEEKING TO SUE IN INDIVIUAL & OFFICIAL CAPACITY, AS WELL AS THE ABILITY TO HAVE HIM ANSWER INTERROGATORIES & ALSO PROVIDE DISCOVERY IN REGARDS TO THE INVESTIGATION.

Mail Officer - (John Doe) - He Deliberately &
Recklessly Violated my Civil Rights By Neglecting
To Do His Job with Evil Intentions of Putting
my Life In Danger for His Own Personal
Gain - Causing me Emotional, Physical, & Physcological
Damages.

I'd First Ask for An Apology from This
Officer for His Cruel & Reckless Behavior / Actions
That Not Only Caused me To Fear for Not Only
my Safety, But my Loved Ones As well. Then
I'd Like for Him To Be Relieved of That
Specific Post for Neglecting to Properly Due
His Job. I'd Like for Him To Be Suspended
Or Her without Pay To Take Time To Learn
How Serious His Actions was. I Believe I
Should Be Compensated In The Amount Of
$2,000 Dollars In Nominal Damages, $100.000
Dollars In Compensatory Damages, & $50.000
Dollars In Punitive Damages. I'm Asking
For This Amount Because Of The Seriousness
Of His Actions & Threats That Are Now Being
Made Against me & my Family. I Feel Its
Only Safe To Relocate me & my Family Out Of
State. I'm Seeking An Injunction & Money
Damages, So I'm Suing Him/Her In Both
Individual & Official Capacity.

D-LEFT BLOCK
-OFFICER- → (JOHN DOE) - He DELIBERATELY & RECKLESSLY VIOLATED MY CIVIL RIGHTS BY NEGLECTING TO DO HIS JOB WITH EVIL INTENTIONS OF PUTTING MY LIFE IN DAMAGE FOR HIS OWN PERSONAL GAIN, CAUSING ME EMOTIONAL, PHYSICAL, & PHYSCOLOGICAL DAMAGES.

I'D FIRST LIKE FOR THIS OFFICER TO APOLOGIZE FOR HIS CRUEL & RECKLESS BEHAVIOR/ACTIONS THAT HAVE TRUELY CAUSED ME & MY FAMILY FEAR & TRAUMA. THEN I'D LIKE TO HAVE THIS OFFICER REMOVED FROM HIS SPECIFIC POST FOR NEGLECTING TO PROPERLY DO HIS JOB & PROVIDE A SAFE ENVIORNMENT FOR INMATES. I'D LIKE FOR HIM OR HER TO BE RETRAINED PROPERLY ON POLICY & RULES IN WHICH HE NEGLECTED TO FOLLOW. I'D LIKE FOR THIS CORRECTIONAL OFFICER TO BE SUSPENDED WITH OUT PAY TO TAKE TIME OFF TO LEARN & UNDERSTAND HOW SERIOUS HIS ACTIONS WAS. I BELIEVE I SHOULD BE COMPENSATED IN THE AMOUNT OF $2,000.00 DOLLARS IN NOMINAL DAMAGES, $50,000.00 DOLLARS IN PUNITIVE DAMAGES, $150,000.00 IN COMPENSATORY DAMAGES. I'M ASKING FOR SUCH AN AMOUNT, BECAUSE OF THE SERIOUSNESS OF HIS ACTIONS HAS NOW PUT THE SAFETY OF ME & MY FAMILY IN SUCH HARM. I FEEL ITS ONLY SAFE TO RELOCATE TO ANOTHER STATE.

EDUCATION
OFFICER -

(John Doe) He Reckless1y & Jeoporiet1y Violated
My Civil Rights for Neglecting to Do his
Job with Evil Intentions of Putting my
Life In Danger for His own Personal Gain,
Causing Me Emotional, Physical, & Physcological
Damages.

I'D First Like for This Officer To Apologize
For His Cruel & Reckless Behavior/Actions That
Put my Life IN Such Harms way & Causing
Emotional & Trauma Damages, I'D Like for This
Officer To Be Removed from That Specific
Pool For Neglecting To Properly Do His
Job. I'D Like for This Officer To Be
Suspended without Pay & Take Time Off
To Understand How Serious His or Her
Actions Was. I Believe I Should Be
Compensated In The Amount of $7,000
Dollars In Nominal Damages, $50,000.00 Dollars
In Punitive Damages, & $100,000 Dollars
In Compensatory Damages. I'm Asking
For Such An Amount Because Of The Serious
Ness Of Their Actions & The Threats Now
Being Made Against Me & My Family. I
Feel Its only Safe To Relocate Out Of
State. I'm Seeking An Injunction & Money Damages
So I'm Suing In Both Individual & Official Capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

R.I.d.O.C. Medium Security & Segregation & the Intake Center

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No        I made several grievances and they were all dismissed

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

Medium Security & Intake

2.    What did you claim in your grievance?

PLEASE SEE PAGES #4-7

3.    What was the result, if any?

They were all dismissed as NON grievable

4.    What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I began writing letters to various R.I.d.O.C personal and I was reprimanded for it

6

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

   1.    If there are any reasons why you did not file a grievance, state them here:

   2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   *(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

    ☐ Yes

    ☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.  Parties to the previous lawsuit

        Plaintiff(s)  _____

        Defendant(s)  _____

    2.  Court *(if federal court, name the district; if state court, name the county and State)*

        _____

    3.  Docket or index number

        _____

    4.  Name of Judge assigned to your case

        _____

    5.  Approximate date of filing lawsuit

        _____

    6.  Is the case still pending?

        ☐ Yes

        ☐ No

        If no, give the approximate date of disposition.  _____

    7.  What was the result of the case? *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

        _____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

    *No*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    _____

Defendant(s)    _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition    _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____

Printed Name of Plaintiff   DUSTIN ANTONIO-RICCARDO MELLI

Prison Identification #   #135-8862

Prison Address   1000 NEW LONDON AVE. P.O BOX #65240

CRANSTON    RI    02920
City    State    Zip Code

### B.    For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

_____
City    State    Zip Code

Telephone Number _____

E-mail Address _____