## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

Dustin Mello )
)
)
      Plaintiff, )
)
v. )    C.A. No. 1:23-CV-00499-MSM
)
Wayne Salisbury, et al )
      Defendant )
)
)
)

## **JUDGMENT**

IT IS ORDERED AND ADJUDGED:

Judgment hereby enters in accordance with the Text Order of 4/8/24.

Enter:

/s/ Carrie L. Potter
Deputy Clerk

Dated: 4/8/2024